# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

WESTERN SECTION
CIVIL ACTION
NO. 04-30239-MAP

John W. Rutledge a minor, by his next
friend, Lisa Tinney,
          PLAINTIFF

v.

Sergeant Kevin Pacunas, individually and in
his official capacity as a Police Officer for the
Town of Belchertown Police Department,

Officer William Panto, individually and in
his official capacity as a Police Officer for the
Town of Belchertown Police Department,
and

The Town of Belchertown, a Municipal
Corporation established under the laws of
the Commonwealth of Massachusetts,
          DEFENDANTS



## JOINT PETITION FOR APPROVAL OF MINOR'S SETTLEMENT

The Plaintiff and the Defendants' hereby move this Honorable Court pursuant to M.G.L. Chapter 231, Section 140 c ½ to approve the settlement of the claim of minor, John W. Rutledge.

**Specifics of the Settlement are set forth below:**

1. Whereas, plaintiff, John W. Rutledge, sustained personal injuries on June 18, 2004 when he was thrust to the ground by Defendant police officers and later pepper sprayed him while being handcuffed.

2. Whereas, per the medical reports from the emergency room doctor reflect that the injuries included a fractured nose, bruises, and abrasions.

3. As of this date, the Plaintiff, John W. Rutledge has fully recovered from his injuries and that no further treatment or therapies are reasonable and

# RELEASE OF CLAIMS

The undersigned (the "Releasor"), As the **Next Best Friend and mother** of the minor child **John W. Rutledge**, after being heard in the Federal Court on approval of , for the sole consideration of SEVEN THOUSAND AND FIVE HUNDRED 00/100 dollars (**$7,500.00**) to the Releasor does hereby and for my heirs, executors, administrators, successors and assigns, release, acquit and forever discharge the Town of Belchertown and any of its Police Department members and his, her, their or its agents, servants, successors, heir, executors administrators and all other persons, firms, corporations, associations or partnerships (the "Releasees") of and from any and all claims, actions, causes of action, demands, rights, damages, costs, loss of service, expenses, and compensation whatsoever, which the Releasor now has or which may hereafter accrue on account of or in any way growing out of any and all known and unknown, foreseen and unforeseen claims against the Releasees and the consequences thereof resulting from, or to result from, the accident, casualty or event which occurred on or about June 18, 2004 at or near the high school in Belchertown.

It is understood and agreed that this settlement is the compromise of a disputed claim, and that the payment made is not to be construed as an admission of liability on the part of the Releasees, and that said Releasees deny liability therefor and intend merely to avoid litigation and buy their peace.

The Releasor further declares and represents that no promise, inducement or agreement not herein expressed has been made to the Releasor, and that this Release contains the entire agreement between the parties hereto, and that the terms of this Release are contractual and not a mere recital.

The undersigned has read the foregoing Release and fully understands it.

Signed, sealed and delivered this 16th day of December, 2004.

_____
**Lisa M. Tinney, as Next Friend of
her son, John W. Rutledge**

# Commonwealth of Massachusetts

**Hampshire, ss.**

On this 16th day of December, 2004, personally appeared before me Lisa M. Tinney, who proved to me through satisfactory evidence of identification, to wit, a Massachusetts drivers license, to be the signer of the foregoing document, and acknowledged to me that she signed same voluntarily for its stated purpose.

Notary Public: Joseph K. Chancellor
My Commission expires: 12/4/2004